| | | |
|---|---|---|
| **From:** | ███████ | |
| **Sent:** | ███████ | |
| **To:** | ███████ | |
| **Subject:** | | FW: Addendum and DOA regarding fees for Manhattan Tower |

| | |
|---|---|
| **From:** | ███████ |
| **Sent:** | ███████ |
| **To:** | ███████ |

**Subject:** FW: Addendum and DOA regarding fees for Manhattan Tower

---

**From:** Viet Anh Nguyen <vietanh@acuityfunding.com>
**Sent:** Thursday, November 23, 2023 1:05 PM
**To:** Sungwoo Park <park@northamericandevelopers.com>
**Cc:** Christine Stephens <christine@acuityfunding.com>; B J Roe <bj@roecorp.com>; HwangGi Sun <painkill@icloud.com>; Ranjit Thambyrajah <ranjit@acuityfunding.com>
**Subject:** Re: Addendum and DOA regarding fees for Manhattan Tower

Dear Mr Park and Mr Roe,

Thank you for the updated information.

We have been instructed that a Letter of Demand for fee payment and the cancellation of Conditional Loan Offer will be issued by 5pm (New York time) next Monday 27th November 2023.

To avoid the event, we must receive a copy of a fully signed Conditional Loan Offer and a Letter of Request for time extension with clear reasons via email before 5pm next Monday.

Best regards

Viet Anh Nguyen


On Thu, Nov 23, 2023 at 10:46 AM Sungwoo Park <park@northamericandevelopers.com> wrote:

> Dear Mr. Viet Ahn Nguyen and Ranjit Thambyrajah.
>
> BJ is still working on making JV with the developer.
>
> Only few issues are remaining to complete the terms.
>
> I hope the deal reach out the goal in this week, however Thanksgiving day is tomorrow, so I will do my best for it and let you know as soon as deal done.
>
> Thanks.
>
> Sung Park