**From:** ▮
**Sent:** ▮
**To:** ▮
**Subject:** FW: 267 Broadway Project

---

**From:** ▮
**Sent:** ▮
**To:** ▮
**Subject:** FW: 267 Broadway Project

---

**From:** HwangGi Sun <painkill@icloud.com>
**Sent:** Thursday, February 15, 2024 8:03 PM
**To:** Sungwoo Park <park@northamericandevelopers.com>
**Cc:** Ranjit Thambyrajah <ranjit@acuityfunding.com>; Viet Anh Nguyen <vietanh@acuityfunding.com>; B J Roe <bj@roecorp.com>
**Subject:** Re: 267 Broadway Project

Dear Mr Park,
How are you? Long time no see. Thx for your letter.

You asked two things,
1. Track record
2. New terms and conditions

First of all, I am not in a position and have no right to discuss the new terms, conditions, with the current lawsuit going on.
Nonetheless revising the existing loan conditions.

I am sure both sides want the peaceful cooperation rather than continuing the lawsuit, which might be more brutal than expected.
And I am certain Mr Ranjit cannot easily make his loan conditions 'null and void', even though he wants to do in his mind.

It is good to talk the possibility of peace. We are all friends each other. It is a pity to terminate the project with lawsuit.
But how to make the peace?
We have a different idea.

With due respect, if you can nicely ask Mr Ranjit for help, I am sure he can help you and Mr Roe to proceed with us.

Best Regards, John Hwang.


> On 16 Feb 2024, at 05:31, Sungwoo Park <park@northamericandevelopers.com> wrote:
>
> Hi Dr. Hwang,
> I received a phone call from you regarding our case.

B. J. Roe can reconsider getting a new loan that would be mutually beneficial if you provide him its track record and sources of fund
from Ranjit Thambyrajah.
I think it is good for Acuity Fund and B. J. Roe to proceed with the deal and make the loan happen, rather than going through a lawsuit and incurring losses.
However, B. J. Roe needs to have a Cancellation Letter signed by Ranjit Thambyrajah that states that the Loan Term Sheet and Costs Agreement, that B. J. Roe signed on 09/29/2023, is null and void.
After, B. J. Roe receives this Cancellation Letter, B. J. Roe can reconsider getting a new loan from Ranjit Thambyrajah.
B. J. Roe is also negotiating with a new equity partner, so he would like to get only simple construction loan.
I would like to start again based on the construction loan term sheet that was initially presented to him on 8th August, 2023.
As you said, this will be beneficial for both parties, B. J. Roe and Ranjit Thambyrajah.
Have a good day.
Sung Park