

Bijan Amini  
MEMBER NY & DC BARS

212.497.8217  
bamini@aminillc.com

February 20, 2024

**VIA EMAIL**

WongPartnership LLP  
12 Marina Boulevard Level 28  
Marina Bay Financia Centre Tower 3  
Singapore 018982  
Attn:   Swee Yen Koh - sweeyen.koh@wongpartnership.com  
         Teck Wee Tiong - teckwee.tiong@wongpartnership.com  
         Samuel Teo - samuel.teo@wongpartnership.com  
         Ba Duong Trinh - baduong.trinh@wongpartnership.com

**Re:   Claim Against The Roe Corporation, 267 Partners, LLC and Mr. Buhm Jung Roe In Relation To Alleged Loan Term Sheet Dated September 24, 2023**

Dear Sirs,

We write on behalf of the Roe Corporation and its affiliates in respect of the above-referenced matter. This letter is in response to your correspondence of 14 February 2024 (the "February 14 Letter"), on behalf of Berhero Pty Limited (aka Acuity Funding)("Acuity") and Global Wise Investments Pte Ltd. ("Global Wise"). We also make reference to our 29 January 2024 letter addressed to you in respect of the above-referenced matter (the "January 29 Letter")

We disagree with all the conclusions propounded in the February 14 Letter and remain firmly committed to the positions taken in the January 29 Letter. It is of particular note that you failed to respond to any of our requests made in the January 29 Letter. Before our clients expend any additional resources on this matter, you must provide us with: (1) a detailed history of Global Wise's business and activities, with specific references to verifiable comparable lending arrangements to the one it has proposed here; (2) proof that Global Wise has the funds it has claimed; and (3) the identity of counsel engaged by it in this jurisdiction to effectuate any proposed arrangement.

If, as you say in the February 14 Letter, you are indeed interested in moving things forward, please promptly provide us with documentation responsive to the above requests.

All of our clients' rights in the matter are fully and expressly reserved.

Sincerely,

*/s/ Bijan Amini*

Bijan Amini

cc: Ariel Moore, Esq.