# Exhibit A


We are a leading real estate company, integrated with strong investment management, transactional and construction businesses. Our aspiration is to be a sustainable organization.


*Sustainability* OUR ASPIRATION

At Roe Corporation, we have long held the belief that a sustainable organization is strategically and culturally committed to achieving economic development, social enrichment, and environmental protection.

Sustainability defines the way we do business now and into the future. It's a commitment that ranges from living our corporate values to the consistent delivery of environmentally sustainable solutions and long term prosperity.

We recognize the legacy of our activities and we are accountable for what we take, what we create and what we leave behind.

## OUR BUSINESS PHILOSOPHY

In business, profitability is the measure of success. That's why at Roe Corporation, we are committed to providing real estate solutions that maximize business performance and enhance profitability. Whether it's creating value or defining operating efficiencies for facilities, our team uses in depth real estate knowledge that has been exposed to many different aspects of real estate including buying, selling, development, construction and management.

ROE CORPORATION

GET IN TOUCH

Tel: 212-239-1400
Email: info@roecorp.com

267 Broadway, 2nd Floor
New York, NY 10007

© by Roe Corporation


Roe Corporation is a real estate holding company with key strengths in development, investment management, and transactional services.

To maintain consistent performance, the firm's Principals use their expertise to manage in-house departments, including acquisition, finance, construction and management.  Their hands-on system of team work ensures that projects are carefully planned and that costs are controlled while quality is maintained.

Roe Corporation's success can be attributed to the founders' shared philosophy.  Quality process ensures quality results.

## EXECUTIVE TEAM

### Buhm Jung Roe    PRINCIPAL

Buhm Jung Roe has over 35 years of experience in real estate ownership, acquisition, management, development and construction of numerous residential and commercial properties in New York City.  He has extensive private real estate fund managing experience and has syndicated and successfully completed multiple projects in New York City.  In addition, he has solid development and construction experience from residential and commercial buildings to luxury condominium buildings from the ground up. Buhm Jung Roe graduated from Seoul National University in Seoul, Korea.

### John Roe    PRINCIPAL

John Roe focuses on acquisitions and operational day to day management for Roe Corporation and New York Immigration Fund.  This includes land and building acquisitions, financing, legal, transactional and property management.

John brings over 25 years of experience on an ownership level in developments, financing and management of properties throughout New York City.  He has extensive experience in real estate investment and development from residential to commercial and retail from acquisition to completion. He is instrumental in the negotiation and structuring of each deal or acquisition, and is also responsible for the oversight of new projects.  He plays a key role in the company's investment decisions and development processes.  During the course of each project, John's strong local knowledge of the New York City real estate market and sharp eye for detail, enables him to engage and lead a team of professionals who partner with the Roe Corporation or New York Immigration Fund to deliver a history of repeated success.

John received his Bachelor of Science degree in Applied Economics and Management from Cornell University in New York.

### Robert Roe    PRINCIPAL

Robert Roe graduated from the Leonard N. Stern School of Business at New York University. He is responsible for monitoring the sales and marketing efforts for the company's new developments and projects. Prior to working at Roe Development, Mr. Roe evaluated risk in various IPOs and Biotech IPOs throughout the world for National Union in New York

## Eli Pomanski — CONTROLLER

Eli Pomanski is responsible for all day to day financial aspects of the business. After close to two decades in public accounting practice that focused heavily on real estate, Eli brings solid experience to financial and tax facets of development and properties management.

## Louis Katsos — CONSTRUCTION CONSULTANT

Louis Katsos has over 35 years of experience in the New York Real Estate and Construction Management market. A known leader in the industry in New York he has for over 30 years held senior executive positions with major firms including serving as the Executive Vice President of Tishman Construction Corp. and Chief Operating Officer as well as President of his own firm Jekmar Associates, Inc. a consulting firm to New York Developers. As Project Executive he has built over 10 million square feet of High Rise buildings and as a Corporate Executive managed the construction of millions more. He holds a B.E. in Civil Engineering and an M.B.A. and is a professor at the Chanin School of Architecture at Cooper Union.



GET IN TOUCH

Tel: 212-239-1400
Email: info@roecorp.com

267 Broadway, 2nd Floor
New York, NY 10007

© by Roe Corporation





# PROJECT HISTORY

< BACK

**TriBeCa Tower**
265-67 Broadway, New York
45 Stories / 50' x 116' / 155,000 SF
Hotel / 30 Residential Condominiums
New Construction

**470 Columbus Avenue**
470 Columbus Avenue, New York, NY 10024
9 Stories / 51' x 100' / 40,000 SF
2 Retail Units / 7 Residential Condominiums
New Construction

**Star Tower**
42-26 28th Street, Long Island City, NY
25 Stories / 90' x 150' / 206,753 SF
2 Retail Units / 180 Residential Condominiums
New Construction

**Star Tower - Retail Sales Gallery**
28-02 42nd Road, Long Island City, NY
Retail Space Buildout
2 Stories / 75' x 100' / 11,016 SF

**Fusion Condominium**
42-51 Hunter Street, Long Island City, NY
7 Stories / 75' x 100' / 55,907 SF
1 Retail Unit / 24 Residential Condominiums
New Construction

**1202, 1206, 1210 Ocean Parkway, Brooklyn, NY**
6 Stories / 91' x 130' / 50,646 SF
14 Residential Condominiums
New Construction

**265-67 Broadway, New York**
5 Stories / 50' x 116' / 29,000 SF
1 Retail Unit / 4 Offices
Complete gut Renovation of over 65% of the Building and Lobby 237 W 105th St, New York, NY
5 Stories / 25' x 100' / 10,000 SF
2 Retail Units / 3 Residential Apartments
Demolition and Preparation for Large Scale Development

**239 W 105th St, New York, NY**
5 Stories / 25' x 100' / 10,000 SF
2 Retail Units / 5 Residential Apartments
Lobby and Common Area completely reconstructed and 4 Apartments Renovated

**182 9th Ave, New York, NY**
4 Stories / 25' x 60' / 7,460 SF

1 Retail Unit / 3 Residential Condominiums
Gut Rehab Condominium Development

**237 E 33rd St, New York, NY**
5 Stories / 18' x 98.75' / 6,078 SF
8 of 10 Luxury Apartments completely renovated

**239 E 33rd St, New York, NY**
5 Stories / 33' x 98.75' / 10,285 SF
10 out of 19 Luxury Apartments completely renovated

**661 9th Ave, New York, NY**
4 Stories / 22' x 75' / 4,278 SF
1 Retail Unit / 3 Residential Apartments
Lobby renovated, Retail Space repartitioned, 3 Apartments completed renovated

**663 9th Ave, New York, NY**
4 Stories / 22' x 75' / 6,420 SF
1 Retail Unit / 5 Residential Apartments
Lobby Renovated and 3 Apartment completely renovated

**47 East 34th St, New York, NY**
2 Stories / 25' x 98.75' / 4,529 SF
2 Retail Units
Proposed plan sold to other Developers with additional air rights

**171 Bleecker St, New York, NY**
5 Stories / 25' x 100' / 11,310 SF
2 Retail / 16 Residential Units
1 Retail Unit and 14 Residential units completely renovated

**99 1st Ave, New York, NY**
5 Stories / 25' x 100' / 10,488 SF
2 Retail Units / 18 Residential Apartments
Renovation of Retail Space and 3 Apartments

**166-12 Hillside Ave, Jamaica, NY**
1 Story / 105' x 127' / 6,750 SF
5 Retail Units
Reconstruction of foundation with a new retail lower level

**7-9 Carmine St, New York, NY**
5 Stories / 43' x 100' / 16,420 SF
2 Retail Units / 24 Residential Apartments
Complete Renovation for 8 Apartments

**311 Amsterdam Ave, New York, NY**
5 Stories / 30 x 100 / 15,208 SF
1 Retail Unit / 8 Residential Units
Complete Renovation of Renovation of Retail Space including all structural elements on the ground floor

---

ROE CORPORATION

GET IN TOUCH

Tel: 212-239-1400
Email: info@roecorp.com

267 Broadway, 2nd Floor
New York, NY 10007

© by Roe Corporation