# Exhibit F

**IN THE MATTER OF AN ARBITRATION UNDER THE ARBITRATION RULES OF THE SINGAPORE INTERNATIONAL ARBITRATION CENTRE (6th EDITION, 1 AUGUST 2016 (the "SIAC Rules")**

ARB 162/24

BETWEEN:

Berhero Pty Ltd (t/a Acuity Funding)

**Claimant**

- and –

(1) The Roe Corporation

(2) 267 Partners LLC

(3) Mr Buhm Jung Roe

**Respondents**

**PROCEDURAL ORDER 4**

**Tribunal:**

Mr Stuart Isaacs KC

**Dated 6 June 2025**

By consent (except in relation to Step 9 below), the Procedural Timetable attached to this Procedural Order shall be substituted for the Procedural Timetable attached as the Annex to Procedural Order 3.

**Annex – Procedural Timetable**

| No. | Procedural Activity | Party Concerned | (All dates 2025) |
|---|---|---|---|
| 1. | Statement of Claim | Claimant | 13 January |
| 2. | Statement of Defence and Counterclaim | Respondents | 24 February |
| 3. | Statement of Reply including Answer to Counterclaim | Claimant | 24 March |
| 4. | Document Requests | Claimant and Respondents | 17 April |
| 5. | Voluntary production of documents pursuant to Document Requests, if any, and/or reasoned objections to opposing Party's Document Request | Claimant and Respondents | 24 April |
| 6. | Comments on opposing Party's reasoned objections | Claimant and Respondents | 29 April |
| 7. | Order on Document Production | Tribunal | 5 May |
| 8. | Production of documents ordered to be produced by the Arbitral Tribunal | Claimant and Respondents | 12 May |
| 9. | The Respondents shall (i) disclose all | Respondents | 20 June FINAL ORDER |

| No. | Procedural Activity | Party Concerned | (All dates 2025) |
|---|---|---|---|
|  | documents (other than those already disclosed by the parties) on which they intend to rely on in this arbitration; (ii) file an Amended Statement of Defence if required; and (iii) file factual witness statements |  |  |
| 10 | If any amendment to the Statement of Reply is needed following the filing, if any, of an Amended Statement of Defence, the Amended Statement of Reply shall be filed, together with factual witness statements | Claimant | 11 July |
| 11 | Discrete Requests to Produce arising from any amendments to the Statement of Defence or the Statement of Reply (if any); cut-off date for new documents; designation of the other Party's witnesses required for cross-examination | Claimant and Respondents | 15 July |
| 12 | Pre-hearing video conference call |  | Week of 14 July. 4pm SGT on 16 July proposed by Tribunal |
| 13 | Agreed and Non-Agreed List of Legal and Factual Issues and Statement of Agreed | Claimant and Respondents | 18 July |

| No. | Procedural Activity | Party Concerned | (All dates 2025) |
|---|---|---|---|
|  | **Facts; hearing bundles; written opening submissions; notification to the Tribunal and the other Party of any witness whose oral evidence is to be given in a language other than English** |  |  |
| 14 | **Evidentiary hearing The question of written closing submissions TBD** | **Parties** | **21-25 July (26 July in reserve).** |
| 15 | **TBD  Cost Submissions** | **Parties** |  |