# Exhibit K

| From: | Stuart Isaacs KC Singapore |
|---|---|
| To: | Lynn-Yin Tan |
| Cc: | Samuel TEO; TIONG Teck Wee; Frederick TEO; Donny TRINH; KOH Chiu Hwee; Lynnette Lee; Jamilah Basor; Xuanzhong Wang |
| Subject: | Re: Withdrawal as Respondents" Witness for SIAC/ARB 162/24 - for the Respondents (The Roe Corporation, 267 Partners, LLC and Buhm Jung Roe) |
| Date: | Thursday, July 10, 2025 8:08:56 AM |
| Attachments: | image001.png<br>image002.png |

**USE CAUTION: External Email**

Dear Ms Tan,

I acknowledge receipt of your email. The Claimant's counsel and the SIAC are included in copy.

Kind regards,
Stuart Isaacs

# Stuart Isaacs KC

On 10 Jul 2025, at 04:54, Lynn-Yin Tan <lynn.tan@sg.gt.com> wrote:

Commercial in Confidence

Dear Stuart,

I refer to my witness statement dated 20 June 2025 which I am informed has been filed in these arbitration proceedings SIAC/ARB 162/24 (the "Arbitration") by the Respondents, The Roe Corporation, 267 Partners, LLC and Buhm Jung Roe.

I am writing to formally notify Tribunal in the Arbitration of my withdrawal as the Respondents' witness in these proceedings.

The withdrawal is due to the termination of my Firm's engagement with the Respondents in the Arbitration, The Roe Corporation, 267 Partners, LLC and Buhm Jung Roe, effective as of July 10, 2025.

Thank you for your attention to this matter.

Regards,
Lynn

**Lynn-Yin Tan**
Partner – Forensic Advisory

**M** +65 9233 0220
**E** lynn.tan@sg.gt.com

grantthornton.sg



Grant Thornton Singapore Pte Ltd
8 Marina View
Asia Square Tower 1, #40-04/05
Singapore 018960



DISCLAIMER: This email message and any related attachments are confidential and should only be read by those persons to whom they were addressed. They may contain copyright, personal or legally privileged information. If you are not the intended recipient of this email, any use, copying or disclosure of this information is strictly prohibited. If you have received this email in error please notify the sender and delete this email immediately. Any confidentiality, privilege or copyright is not waived or lost because this email has been sent to you in error. Views expressed in this message are the views of the sender and are not necessarily views of Grant Thornton, except where the message expressly states otherwise. Any advice contained herein should be treated as preliminary advice only and subject to formal written confirmation. Although this email and any attachments are believed to be free of any virus or any other defect which may cause damage or loss, it is the responsibility of the recipient to ensure that they are virus-free. Grant Thornton accepts no liability for any loss or damage that may occur as a result of the transmission of this email or its attachments to the recipient.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.