IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ROE CORPORATION, 267 PARTNERS, LLC, AND BUHM JUNG ROE,<br><br>*Petitioners*,<br><br>v.<br><br>BERHERO PTY LIMITED (T/A ACUITY FUNDING) AND THE SINGAPORE INTERNATIONAL ARBITRATION CENTER,<br><br>*Respondents*. | Civil Action No.: 1:25-cv-5485 |

**ORDER**

Upon consideration of all the submissions concerning Petitioners' Application for Order to Show Cause to Stay Arbitration, including the Opposition from Respondent Berhero Pty Limited (T/A Acuity Funding):

**IT IS HEREBY ORDERED THAT:** For the reasons set forth on the record at the parties' July 15, 2025 conference:

Petitioners The Roe Corporation, 267 Partners, LLC, and Buhm Jung Roe's application to temporarily restrain and enjoin Respondent Berhero Pty Limited (T/A Acuity Funding) from proceeding with ongoing arbitration before the Singapore Arbitration Centre (Arbitration No. 162 of 2024) is **DENIED**.

Dated:  July 16 2025
New York, New York

*Jennifer Rochon*
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE