UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
The Roe Corporation, 267 Partners, LLC, and Buhm Jung Roe

          Petitioners,

   -against-

Berhero Pty Limited (T/A Acuity Funding) and the Singapore International Arbitration Centre

          Respondents.
---------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

Case No. 1:25-cv-05485-JLR

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the proceeding, the above-entitled action be and the same is hereby discontinued without costs awarded by the Court to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
    July 29, 2025

Respectfully submitted,

Baker & Hostetler LLP

Conway & Conway

By: _____
Marco Molina
*Counsel for Defendants*
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589 - 4231

By: _____
Kevin P. Conway (6946)
*Counsel for Petitioners*
99 Park Avenue, Suite 810
New York, New York 10016
Tel: (212) 938-1080
Fax (212) 938-1207